UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:15-cv-00403-GNS

JOSHUA GREEAR                                                                                         Plaintiff

v.                                                          **ORDER**

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC;
TRANS UNION, LLC; NAVIENT SOLUTIONS, INC.;
and PRIMARY FINANCIAL SERVICES, LLC                                                Defendants

\* \* \* \* \*

It appearing to the Court that this matter was filed in this judicial district by mistake, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is **TRANSFERRED** to the United States District Court for the Eastern District of Kentucky pursuant to 28 U.S.C. § 1406(a).

Greg N. Stivers, Judge
United States District Court
May 28, 2015